UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA ANN JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 18-11505-FDS |
| ) | |
| JOSEPH FILLIPI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**SAYLOR, J.**

Plaintiff Lisa Jacobs initiated this civil rights action by filing a *pro se* complaint concerning her July 25, 2015 arrest in Fitzwilliam, New Hampshire. *See* Docket No. 1. The complaint was filed while plaintiff was in custody of the Cheshire County Department of Corrections in Keene, New Hampshire. *Id.*

United States Magistrate Judge Jennifer C. Boal has issued a Report and Recommendation ("R&R") recommending the transfer of this action to the District of New Hampshire. *See* Docket No. 4. The R&R states that venue is not proper in the District of Massachusetts because the events giving rise to the claims did not occur in Massachusetts and none of the defendants reside in Massachusetts.

The court's records indicate that plaintiff's copy of the R&R was returned to the court as undeliverable. *See* Docket No. 6. She is no longer in the custody of the Cheshire County Department of Corrections. *Id.* Plaintiff has failed to keep this court informed of her new

address as required under the court's local rules.  *See* District of Massachusetts Local Rule 83.5.2(e) (requiring *pro se* litigants to notify the clerk of any change of address).

Accordingly, transfer to the District of New Hampshire is not warranted and the Report and Recommendation of Jennifer C. Boal has become moot.  This action is DISMISSED without prejudice for failure to comply with Local Rule 83.5.2(e) and for failure to prosecute.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated:  November 29, 2018